IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRED WILLIAMS,

Plaintiff,

v.

KRISTOPHER THARP, *et al.*,

Defendants.

Case No. 21-cv-1006 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/25/2023**       MONICA A. STUMP, Clerk of Court

                              *s/ Tina Gray, Deputy Clerk*


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**